

333 Earle Ovington Boulevard, Suite 402
Uniondale, New York 11553
T: 516-203-7600
F: 516-282-7878

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/3/2024

May 31, 2024

<u>*Via ECF*</u>
Hon. Margaret M. Garnett
U.S. District Court, Southern District of New York
500 Pearl Street
New York, New York 10007

  Re: *Alec Tabak v. Source Digital, Inc.*
    Docket No: 1:24-cv-02857-MMG

Dear Judge Garnett:

  We are the attorneys for Plaintiff Alec Tabak ("Plaintiff") in this matter. Pursuant to Section I(B)(5) of Your Honor's Individual Rules and Practices, we write to respectfully request an adjournment of the initial conference date until at least 14 days after Defendant Source Digital, Inc. ("Defendant")'s deadline for responding to the Complaint. The adjournment would permit the parties to competently discuss the required topics under Rule 26(f) and the most appropriate case management plan based on Defendant's response to the Complaint. Further, the additional time would enable the parties to discuss the possibility of early resolution.

  Defendant executed a waiver of service on May 31, 2024, setting July 29, 2024 as Defendant's deadline to answer the Complaint (ECF No. 10). Pursuant to ECF No. 8, an initial conference is currently set for June 13, 2024. Defendant consents to this request and no adjournments or extensions were previously sought.

  We thank the Court for its time and consideration of this request.

             Respectfully submitted,

             /s *Renee J. Aragona*
             Renee J. Aragona

cc: Matthew F. Abbott
   The McMillan Firm
   240 W. 35th Street, Suite 405
   New York, NY 10001
   *Via email to matthew@thenorthstargroup.biz*
   *Counsel for Defendant*

---

**GRANTED. The Initial Pretrial Conference is hereby ADJOURNED to Thursday, August 22, 2024 at 9:30a.m. The deadline for the parties' joint letter and Proposed Civil Case Management Plan and Scheduling Order is accordingly adjourned to August 15, 2024.**

**SO ORDERED. Dated June 3, 2024.**

HON. MARGARET M. GARNETT
UNITED STATES DISTRICT JUDGE